# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0185. ANTHONY P. SHEDD v. THE STATE.**

In 2017, Anthony P. Shedd pled guilty to three counts of child molestation. It does not appear that Shedd appealed this plea. In August 2021, Shedd filed a motion for an out-of-time appeal. The trial court denied the motion, and Shedd filed this application for discretionary appeal.

An order denying a request for out-of-time appeal may be appealed directly when the criminal conviction at issue has not already undergone appellate review. See *Romano v. State*, 297 Ga. 497, 497 (775 SE2d 151) (2015). We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Shedd shall have ten days from the date of this order to file a notice of appeal with the superior court. If he has already filed a notice of appeal, he does not need to file another notice of appeal. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/27/2021*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*                    , Clerk.